# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD LYNN DOPP, | ) |
| Plaintiff, | ) ) ) |
| v. | )  Case No. CIV-16-1164-G |
| BUDDY HONAKER et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Now before the Court is a Motion to Compel filed by Defendants Baird, Neau, Neefe, Paine, and Sellers (the "CCA Defendants") (Doc. No. 104). In their Motion, the CCA Defendants request that Plaintiff Richard Lynn Dopp be required to sign a release authorizing Defendants to obtain Plaintiff's medical records from North American Spine Institute ("NASI").

The Court agrees that Plaintiff "has placed [his] physical condition at issue in this case" and that any records from NASI are "relevant to [his] claims." *Schrock v. Pliva USA, Inc.*, No. 08-453-M, 2010 WL 11508889, at *1 (W.D. Okla. Apr. 2, 2010); *see* Am. Compl. (Doc. No. 9) at 13. Further, Plaintiff has submitted no objection to the CCA Defendants' Motion, and thus the Motion is deemed confessed. *See* LCvR 7.1(g).

Accordingly, CCA Defendants' Motion to Compel Plaintiff to provide a signed medical-record release is GRANTED. CCA Defendants shall mail Plaintiff a release form at his address of record within seven days of this Order. Plaintiff is directed to sign and

return the release to CCA Defendants *within fourteen days of receipt*. If Plaintiff does not comply with this directive, CCA Defendants should notify the Court.

CCA Defendants' Motion for extension of their dispositive-motion deadline (Doc. No. 105) is GRANTED. Rather than striking the deadline, the Court directs that CCA Defendants' motion for summary judgment is due no later than April 1, 2019.

IT IS SO ORDERED this 15th day of February, 2019.

*[signature: Charles B. Goodwin]*
CHARLES B. GOODWIN
United States District Judge